STATE v. BROWN

No. 151P02

Case below: 148 N.C. App. 683

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 9 May 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

STATE v. BRYANT

No. 167P02

Case below: 149 N.C. App. 232

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.

STATE v. BUCHANAN

No. 190A00-2

Case below: 355 N.C. 264

Motion by Attorney General to reconsider the decision at 355 N.C. 264 denied 9 May 2002.

STATE v. DEMOS

No. 160P02

Case below: 148 N.C. App. 343

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 May 2002.

STATE v. ELDERS

No. 184P02

Case below: 149 N.C. App. 668

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 May 2002.